THE PEOPLE ex rel. ORVILLE CROUSE, Respondent, *v.* THE
BOARD OF SUPERVISORS OF FULTON COUNTY, Appellant.

(Argued October 16, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the third judicial department, made July 8, 1893,
which reversed an order of Special Term denying the relator's
application for a mandamus and granted said application.

*Andrew J. Nellis* for appellant.

*Frank B. Towman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

WILLIAM E. WAMSLEY, Respondent, *v.* H. L. HORTON &
COMPANY (Limited), Appellant.

(Argued October 16, 1893; decided October 27, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made June 30, 1893,
which affirmed an order of Special Term denying a motion to
vacate and set aside the summons herein, also from an order
of General Term, made May 9, 1893, denying a motion to
resettle said order.

*John R. DosPassos* for appellant.

*Alexander S. Bacon* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.